

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CONNER, Individually and as the representative of a class of similarly situated persons,<br><br>          Plaintiff,<br><br>  - against -<br><br>VERISHOP INC.,<br><br>  Defendants. | ECF Case<br><br>1:19-cv-6628-KAM-RER<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, plaintiff Mary Conner and defendant, Verishop Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

IT IS HEREBY FURTHER STIPULATED AND AGREED that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

IT IS HEREBY FURTHER STIPULATED AND AGREED that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

IT IS HEREBY FURTHER STIPULATED AND AGREED that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

So Ordered: s/ Kiyo A. Matsumoto
Kiyo A. Matsumoto
U.S. District Judge
2/19/2020

Dated: Brooklyn, New York
       February 18, 2020

| | |
|---|---|
| *[signature]* | *[signature]* |
| Dan Shaked, Esq. | Timothy J. Straub, Esq. |
| Shaked Law Group, P.C. | Dentons US LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 44 Court Street, Suite 1217 | 1221 Avenue of the Americas |
| Brooklyn, New York 11201 | New York, New York 10020 |
| (917) 373-9128 | (212) 768-6821 |

**SO ORDERED:** _____